Kayleigh A. Andersen (State Bar No. 306442)
MANNING & KASS ELLROD, RAMIREZ, TRESTER LLP
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| ANGELINA ATABEKOVA-MICHAELIDIS, et al. | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:22-cv-05620-MCS-MAAx |
| v. | |
| CITY OF LOS ANGELES, et al. | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: **(List Documents)**

PLEASE SEE ATTACHMENT.

**Reason:**

☐ Under Seal
☐ In Camera
☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

| June 16, 2023 | Kayleigh A. Andersen |
|---|---|
| Date | Attorney Name |
| | BRYAN MORALES |
| | Party Represented |

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)   **NOTICE OF MANUAL FILING OR LODGING**

# **ATTACHMENT**

- Exhibit 1: Audio of initial 911 call by property owner, Vartan Stambulyan (3:21 p.m.)
- Exhibit 4: Body Worn Video [part 1] from Officer Morales regarding his initial encounter with Michaelidis at 6459 Matilija Avenue (3:27 p.m.)
- Exhibit 5: Body Worn Video [part 1] from Officer Castillo regarding her initial encounter with Michaelidis at 6459 Matilija Avenue.
- Exhibit 6: Audio of follow-up 911 call by Vartan Stambulyan regarding Michaelidis leaving residence with knives (5:07 p.m.)
- Exhibit 7: Closed-circuit television (CCTV) video surveillance of Michaelidis slashing car tires and stabbing car hood (5:09 p.m.)
- Exhibit 8: Audio of 911 call from witness William Ramos regarding guy with knife coming up to people (5:10 p.m.)
- Exhibit 9: Audio of 911 female neighbor regarding man running on street with bloody knife (5:11 p.m.)
- Exhibit 10: Audio of Follow LAPD call with Vartan Stambulyan regarding Michaelidis stabbing cars on Matilija (5:12 p.m.)
- Exhibit 11: Body Worn Video [part 2] from Officer Morales regarding second encounter with Michaelidis on Victory Boulevard (5:14 p.m.)
- Exhibit 12: Body Worn Video [part 2] from Officer Castillo regarding second encounter with Michaelidis on Victory Boulevard
- Exhibit 13: Digital in-car video system from Alvarez & Mattamira's police vehicle
- Exhibit 18: Body Worn Video from Officer Mattamira regarding use of force incident
- Exhibit 19: Body Worn Video from Officer McComas regarding use of force incident