# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ANGELINA ATABEKOVA-MICHAELIDIS, and VARDOUI MICHAELIDOU; both individually and as successors-in-interest to Decedent, MELKON MICHAELIDIS,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES; BRYAN MORALES; and DOES 1-10, INCLUSIVE,<br><br>Defendants. | Case No. 2:22-CV-05620-MCS-MAA<br><br>*[The Hon. Honorable District Judge, Mark Scarsi, Magistrate Judge, Maria A. Audero]*<br><br>**[MOTION *IN LIMINE* NO. 3]**<br><br>**[PROPOSED] ORDER GRANTING MOTION *IN LIMINE* TO EXCLUDE FINDINGS AND CONCLUSIONS OF INVESTIGATIONS BY LOS ANGELES POLICE DEPARTMENT AND LOS ANGELES BOARD OF POLICE COMMISSIONERS**<br><br>Date: October 16, 2023<br>Time: 2:00 p.m.<br>Dept.: 7C<br><br>Trial Date: October 31, 2023<br>Complaint Filed: August 9, 2022 |

After due consideration of all relevant pleadings, papers and records in this action; and upon such other oral and document evidence or argument as was presented to the Court; and Good Cause appearing therefor, and in furtherance of the interests of justice,

IT IS HEREBY ORDERED that plaintiffs, plaintiffs' attorneys, and plaintiffs'

---

**[PROPOSED] ORDER GRANTING MOTION IN LIMINE NO. 3**

1  witnesses – including experts – shall not, in the presence of the jury, testify, offer, or
2  in any way refer to the findings and conclusions of the post-incident investigation by
3  the Los Angeles Police Department Los Angeles Board of Police Commissioners.
4      IT IS SO ORDERED.

6  Dated: _____   _____
7                                   Hon. Mark C. Scarsi
                                 UNITED STATES DISTRICT JUDGE