**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
*dalekgalipo@yahoo.com*
Marcel F. Sincich, Esq. (SBN 319508)
*msincich@galipolaw.com*
Cooper Alison-Mayne (SBN 343169)
*cmayne@galipolaw.com*
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333 | Fax: (818) 347-4118

**MARDIROSIAN & MARDIROSIAN, PLC**
Margarit K. Mardirosian, Esq. (SBN 201885)
mkm@mardirosianlaw.com
1155 North Central Avenue, Suite 201
Glendale, CA 92102
Tel. (818) 244-8166 | Fax (818) 244-0796

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELINA ATABEKOVA-MICHAELIDIS, and VARDOUI MICHAELIDOU; both individually and as successors in interest to Decedent MELKON MICHAELIDIS,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES; and BRYAN MORALES,<br><br>Defendants. | Case No. 2:22−cv−05620−MCS−MAA<br><br>[*Honorable Mark C. Scarsi*]<br><br>**PLAINTIFFS' NOTICE OF NON-OPPOSITION TO DEFENDANT'S MOTION IN LIMINE NO. 1 TO BIFURCATE TRIAL INTO PHASES: (1) LIABILITY PHASE, COMPENSATORY DAMAGES CALCULATION, AND PUNITIVE DAMAGES PREDICATE; AND (2) PUNITIVE DAMAGES CALCULATION**<br><br><u>PTC & Hearing on Motions *in Limine*</u>:<br>Date:   October 16, 2023<br>Time:   2:00 p.m.<br><u>Jury Trial</u><br>Date:   October 31, 2023<br>Time:   08:30 a.m.<br><br>Ctrm: 7C<br>350 West 1st Street, 7th Floor<br>Los Angeles, California 90012 |

**PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION IN LIMINE NO. 1**

Defendant Morales has requested that the Court bifurcate the proceedings into two phases: (1) liability phase, compensatory damages calculation, and punitive damages predicate; and (2) punitive damages calculation. The Defendant's rationale for this request is to streamline the trial process by potentially avoiding discussions about Officer Morales's personal financial details unless absolutely necessary.

Having considered Defendant's proposal and Motion, Plaintiffs do not oppose the Defendant's motion to bifurcate the trial as outlined.

Accordingly, Defendant Morales's Motion *in Limine* No. 1 (Doc. 74) should be GRANTED.

Respectfully submitted,

DATED:  October 2. 2018          LAW OFFICES OF DALE K. GALIPO

                                 By_____/s/ Cooper Alison-Mayne_____
                                    Dale K. Galipo
                                    Marcel F. Sincich
                                    Cooper Alison-Mayne
                                    *Attorneys for Plaintiffs*

# CERTIFICATE OF COMPLIANCE

The undersigned, counsel of record for Plaintiffs ANGELINA ATABEKOVA-MICHAELIDIS and VARDOUI MICHAELIDOU certifies that this brief contains 362 words, which complies with the word limit of L.R. 11-6.1.

DATED: October 2, 2023

**LAW OFFICES OF DALE K. GALIPO**
**MARDIROSIAN & MARDIROSIAN, PLC**

By: /s/   *Cooper Alison-Mayne*
Dale K. Galipo
Marcel F. Sincich
Cooper Alison-Mayne
Margarit K. Mardirosian
*Attorneys for Plaintiffs*