**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333 | Fax: (818) 347-4118

**MARDIROSIAN & MARDIROSIAN, PLC**
Margarit K. Mardirosian, Esq. (SBN 201885)
mkm@mardirosianlaw.com
1155 North Central Avenue, Suite 201
Glendale, CA 92102
Tel. (818) 244-8166 | Fax (818) 244-0796

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELINA ATABEKOVA-MICHAELIDIS, and VARDOUI MICHAELIDOU; both individually and as successors in interest to Decedent MELKON MICHAELIDIS,<br><br>    Plaintiffs,<br><br>  v.<br><br>CITY OF LOS ANGELES; and BRYAN MORALES,<br><br>    Defendants. | Case No. 2:22−cv−05620−MCS−MAA<br><br>[*Honorable Mark C. Scarsi*]<br><br>**DECLARATION OF COOPER ALISON-MAYNE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION *IN LIMINE* NO. 4**<br><br>[Plaintiffs' Opposition To Defendant's Motion In Limine No. 4 *filed concurrently herewith*]<br><br>**PTC & Hearing on Motions *in Limine*:**<br>Date:   October 16, 2023<br>Time:   2:00 p.m.<br>**Jury Trial**<br>Date:   October 31, 2023<br>Time:   08:30 a.m.<br><br>Ctrm: 7C<br>350 West 1st Street, 7th Floor<br>Los Angeles, California 90012 |

**DECLARATION OF COOPER ALISON-MAYNE**

I, Cooper Alison-Mayne, hereby declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and the United States District Court for the Central District of California. I am one of the attorneys of record for the Plaintiffs. I make this declaration in support of Plaintiffs' Opposition to Defendant's Motion in Limine No. 4 to Exclude Expert Opinion Testimony of Roger Clark. I have personal knowledge of the facts contained herein and could testify competently thereto if called.

2. Attached hereto as "**Exhibit A**" is a true and correct copy of relevant portions of the Rule 26 Expert Report for Defendants' police practices expert Phillip Sanchez from October 8, 2021.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 2nd day of October 2023.

_____/s/Cooper Alison-Mayne_____
                                    _____
                                    Cooper Alison-Mayne