| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | DEC 29 2023 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

ANGELINA ATABEKOVA-MICHAELIDIS; VARDOUI MICHAELIDOU, both individually and as successors in interest to Decedent Melkon Michaelidis,

        Plaintiffs-Appellees,

 v.

BRYAN MORALES,

        Defendant-Appellant,

 and

CITY OF LOS ANGELES; DOES, 1-10,

        Defendants.

No.   23-55783

D.C. No.
2:22-cv-05620-MCS-MAA
Central District of California,
Los Angeles

ORDER

Pursuant to the stipulation of the parties (Docket Entry No. 5), this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Roxane Ashe
Circuit Mediator

Mediation