UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | **2:22-cv-05620-MCS-MAA** | Date | January 16, 2024 |
| Title | ***Atabekova-Michaelidis v. City of Los Angeles*** | | |

Present: The Honorable    Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:    (IN CHAMBERS) ORDER TO SHOW CAUSE**

On October 6, 2023, the Court removed this case from its active caseload pending an appeal and ordered the parties to file a joint status report within seven days of the conclusion of appellate proceedings. (Order, ECF No. 103.) The same day, the parties filed a notice of settlement indicating the settlement would be finalized within 90 days. (Notice of Settlement, ECF No. 104.) On December 29, 2023, the Ninth Circuit Court of Appeals dismissed the appeal pursuant to the stipulation of the parties. (Ninth Cir. Order, ECF No. 105.)

Over 90 days have passed since the parties indicated the settlement would be finalized within 90 days, and over seven days have passed since the appellate proceedings concluded. The Court orders the parties to show cause why this case should not be dismissed without prejudice for failure to prosecute and failure to comply with a court order. Fed. R. Civ. P. 41(b). The parties shall respond in writing within 14 days. This order to show cause may be satisfied by a stipulation of dismissal or a joint status report explaining what further settlement processes are necessary and when the parties reasonably expect the process to be concluded.

**IT IS SO ORDERED.**