1  Eugene P. Ramirez (State Bar No. 134865)
     *epr@manningllp.com*
2  Craig Smith (State Bar No. 265676)
     *craig.smith@manningkass.com*
3  Kayleigh Andersen (State Bar No. 306442)
     *kayleigh.andersen@manningkass.com*
4  **MANNING & KASS**
   **ELLROD, RAMIREZ, TRESTER LLP**
5  801 S. Figueroa St, 15th Floor
   Los Angeles, California 90017-3012
6  Tel: (213) 624-6900 | Fax: (213) 624-6999

7  *Attorneys for Defendant* BRYAN MORALES

8

## UNITED STATES DISTRICT COURT
9
## CENTRAL DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11  ANGELINA ATABEKOVA-MICHAELIDIS, and VARDOUI | Case No. 2:22−cv−05620−MCS−MAA |
| 12  MICHAELIDOU; both individually and as successors in interest to Decedent | [*Honorable Mark C. Scarsi*] |
| 13  MELKON MICHAELIDIS, | **JOINT STATUS REPORT OF THE PARTIES IN RESPONSE TO** |
| 14        Plaintiffs, | **ORDER SHOW CAUSE [DOC. 106]** |
| 15        v. | |
| 16  CITY OF LOS ANGELES; and BRYAN MORALES, | |
| 17        Defendants. | |
| 18 | |

19

20  <u>**TO THE HONORABLE COURT:**</u>

21        Plaintiffs ANGELINA ATABEKOVA-MICHAELIDIS, and VARDOUI

22  MICHAELIDOU; both individually and as successors in interest to Decedent

23  MELKON MICHAELIDIS ("Plaintiffs") and Defendants CITY OF LOS

24  ANGELES and OFFICER BRYAN MORALES ("Defendants") hereby respond to

25  the Court's Order to Show Cause of January 16, 2024 [Doc. 106].

26        Plaintiffs ANGELINA ATABEKOVA-MICHAELIDIS, and VARDOUI

27  MICHAELIDOU; both individually and as successors in interest to Decedent

28  MELKON MICHAELIDIS ("Plaintiffs") and Defendants CITY OF LOS

ANGELES and OFFICER BRYAN MORALES, by and through their respective attorneys of record, reached a conditional settlement on or about October 6, 2023.

The parties have exchanged and executed the Stipulation for Settlement and a Settlement Agreement and Release. The parties are awaiting final approval of the conditional settlement before issuing the settlement funds.

Upon finalization of the settlement, the entire case and all defendants shall be dismissed with prejudice. Finalization is expected to occur within 90 days. The parties intend to file a Stipulation for Dismissal of the Complaint with Prejudice pursuant to the approved settlement of this matter within 10 days of receipt of the settlement funds. If the settlement is not complete within 90 days, the parties will file another Status Report, advising the Court of the status of the settlement. If for any reason the settlement does not go through, the officers shall be reinstated as named defendants.

DATED: January 18, 2024

**LAW OFFICES OF DALE K. GALIPO**
**MARDIROSIAN & MARDIROSIAN, PLC**

By:   */s/ Marcel F. Sincich*
     Dale K. Galipo
     Marcel F. Sincich
     Cooper Alison-Mayne
     Margarit K. Mardirosian
     *Attorneys for Plaintiffs*

DATED:  January 18, 2024

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

By:   */s/ Kayleigh A. Andersen*
     Eugene P. Ramirez
     Craig Smith
     Kayleigh Andersen
     *Attorneys for Defendant*
     BRYAN MORALES