UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 2:22-cv-05620-MCS-MAA | Date January 23, 2024 |
| Title *Atabekova-Michaelidis v. City of Los Angeles* | |

Present: The Honorable   Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER RE: STATUS REPORT (ECF NO. 107)**

The Court ordered the parties to show cause why this case should not be dismissed without prejudice under Federal Rule of Civil Procedure 41(b). (OSC, ECF No. 106.) The parties filed a responsive status report indicating that settlement is awaiting final approval, which is expected to occur within 90 days. (Status Report, ECF No. 107.) The Court is skeptical given that the parties made a representation that they anticipated the settlement would be finalized within 90 days over 90 days ago. (Notice of Settlement, ECF No. 104.)

Regardless, in light of the parties' representation that the settlement remains on track, the Court discharges the order to show cause and dismisses this case without prejudice. All hearings and deadlines are vacated. The Court retains jurisdiction to vacate this Order and reopen the action within 90 days.

This Order does not preclude the filing of a stipulation of dismissal with prejudice, which does not require the approval of the Court. Fed. R. Civ. P. 41(a)(1)(A). Such a stipulation shall be filed within 90 days.

      The Court notes that the parties will have enjoyed over half a year to finalize the settlement by the time these deadlines approach. The Court will not extend the deadlines absent an extraordinary showing of good cause.

**IT IS SO ORDERED.**