# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELINA ATABEKOVA-MICHAELIDIS, and VARDOUI MICHAELIDOU; both individually and as successors in interest to Decedent MELKON MICHAELIDIS,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES; and BRYAN MORALES,<br><br>Defendants. | Case No. 2:22−cv−05620−MCS−MAA<br><br>[*Honorable Mark C. Scarsi*]<br><br>**[PROPOSED] ORDER RE: JOINT STIPULATION FOR DISMISSAL** |

### [PROPOSED] ORDER:

Pursuant to the Joint Stipulation for Dismissal with Prejudice filed by the Parties, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), the case has ended and is hereby dismissed with prejudice. Each side shall bear its own attorney's fees and costs incurred in this matter. All upcoming dates and deadlines are vacated.

IT IS SO ORDERED.

DATED: _____       _____
                               Hon. Mark C. Scarsi
                               United States District Judge

Case No. 2:22−cv−05620−MCS−MAA

**ORDER RE: JOINT STIPULATION FOR DISMISSAL**